UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:10CR170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | O R D E R ADOPTING |
| | ) | REPORT AND RECOMMENDATIONS |
| | ) | OF MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| MICHAEL L. ORNSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Vecchiarelli to Counts One and Two of the Information. The Court finds that Defendant's proffer of guilt was made under oath, knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Vecchiarelli, approves the plea agreement, accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Information.

IT IS SO ORDERED.

Dated: June 22, 2010

 *S/Christopher A. Boyko*
 CHRISTOPHER A. BOYKO
 UNITED STATES DISTRICT JUDGE